# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELLY MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MINEV,<br><br>　　　　　　Defendant(s). | Case No. 2:19-cv-01433-GMN-VCF<br><br>**SECOND AMENDED ORDER SETTING INMATE EARLY MEDIATION** |

The Court previously issued orders establishing the requirements for the inmate early mediation in this case. ECF Nos. 10, 12. Those orders continue to govern the inmate early mediation except as **MODIFIED** as follows:

- The mediator will be **ANDREW CRANER, ESQ.**

**IT IS SO ORDERED.**

**DATED** this  15th  day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE